JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER CAMPBELL and GILLIAN SCHAADT,<br>　　　Plaintiffs,<br><br>　　　　　v.<br><br>FIRST AMERICAN FINANICAL CORP., et al.,<br>　　　　Defendants. | SACV 19-1105 DSF (Ex)<br>SACV 19-1533 DSF (Ex)<br><br>JUDGMENT |

　　The Court having granted Plaintiffs' request for dismissal with prejudice after granting a motion to compel arbitration,

　　IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: November 17, 2020

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　United States District Judge